**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Robert Held, | |
| Plaintiff, | No. 1:25-CV-13066 |
| v. | Judge Edmond E. Chang |
| Village of Broadview; Katrina Thompson, in her official capacity as Mayor of the Village of the Broadview; and Thomas Mills, in his official capacity as Chief of Police of the Village of Broadview, | |
| Defendants. | |

**ORDER**

**Civil Rule 65(d)**

Starting on March 25, 2026, through final judgment in this case, the Village of Broadview is enjoined from enforcing Executive Order 2025-05's time restrictions on protests. This injunction applies to the following who receive actual notice of the injunction by personal service or otherwise:

(A) the parties;

(B) the parties' officers, agents, servants, employees, and attorneys; and

(C) any other persons who are in active concert or participation with anyone described above.

ENTERED:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

ORIGINAL ISSUANCE DATE: March 22, 2026

SEPARATE-DOCUMENT DATE: May 22, 2026

2