**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT HELD,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF BROADVIEW, *et al.*,<br><br>Defendants. | 1:25-cv-13066<br><br>Hon. Judge Chang |

**JOINT MOTION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION ORDER**

Plaintiff Robert Held and Defendants Village of Broadview; Katrina Thompson, in her official capacity as Mayor of the Village of Broadview; and Thomas Mills, in his official capacity as Chief of Police of the Village of Broadview, jointly move for entry of judgment and a permanent injunction pursuant to the parties' settlement agreement. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under 42 U.S.C. § 1983 challenging the protest-hours restriction set forth in Executive Order 2025-05, which regulated the hours during which protests and gatherings were permitted near the ICE processing facility in Broadview.

2. Plaintiff moved for a preliminary injunction prohibiting enforcement of the protest-hours restriction.

3. On March 22, 2026, the Court granted Plaintiff's motion for preliminary injunction and enjoined Defendants from enforcing Executive Order 2025-05's time restrictions on protests. Doc.# 51 & 62.

4. The parties have now reached a settlement agreement resolving Plaintiff's claims.

5. Pursuant to the terms of that agreement, the parties jointly request that the Court enter the following two orders:

a. an order entering judgment against Defendants and in favor of Plaintiff Robert Held in the amount of $1.00; and

b. a permanent injunction enjoining Defendants, their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them and receive actual notice by personal service or otherwise, from enforcing Executive Order 2025-05's time restrictions on protests.

6. The parties have further agreed that Plaintiff's claim for attorneys' fees and costs will be resolved pursuant to the process set forth in Federal Rule of Civil Procedure 54 and Local Rule 54.3.

7. The parties respectfully request that the Court enter the proposed judgment order and proposed permanent injunction attached as Exhibits 1 and 2 to this motion.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and enter judgment and a permanent injunction consistent with the parties' settlement agreement.

Respectfully submitted,

/s/ Adele D. Nicholas
*Counsel for Plaintiff*

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

/s/ Charles S. Huff
*Counsel for Defendants*

DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave
Berwyn, IL 60402
(t) 708-222-7000 | (f) 708-222-7001
huff@dlglawgroup.com